# UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF FLORIDA

## Plaintiff Annie Mkoma VS Sprint Nextel, Defendant

The Plaintiff, Annie Mkoma, respectfully moves that the court grant an order to file a law suit against sprint Nextel for disability discrimination. You will hear them say they fired 100 normally people as well as 5 people who required a reasonable accommodation. Also you will hear them they say they were generously enough to give me my job back. But what you won't hear them say they only gave me my job back after I sent them a letter saying I will file charges with eeoc they then offer my job back. I was told they were aware of my medical condition and I will not be under the point system and my previous points will be removed. None of that happen. My doctor told them I needed to work part time they only accommodated for a couple weeks I later felled sick and was hospitalize and then place on bed rest and was fired again. I filed charges with eeoc shortly and I receive my right to sue letter and forward info to my attorney I paid the attorney 250.00 to represent me. And I had not heard anything from them so I called and was told they needed 1200.00 more dollars to file and 500.00 an hr and next day he stated he will not represent me that was on 06-15-12. I wasn't aware I could of disputed eeoc decision. A couple reasons I believe eeoc decision was in error. "In the past, there was some debate over what activities were considered "major life activities" for ADA purposes, but one of the most confusing issues was whether someone with a medical condition that only affected internal functions would be covered. Conditions such as gastrointestinal disorders, cancer, sleep disorders, and heart disease often only affect bodily functions without producing any outward limitations and courts grappled with whether bodily functions were classified as major life activities. Now Congress has cleared up the confusion by specifically stating in the ADAAA that bodily functions are indeed major life activities.

For example, a person with insulin-dependent diabetes will most likely be covered under the first part of the new definition of disability because endocrine system function is definitely considered a major life activity as of January 1, 2009.

Too often in the past, people with sickle cell disease were denied jobs or fair treatment at work solely because they had sickle cell disease. Now, the Americans with Disabilities Act of 1990 puts the strong arm of the law on the side of fairness. It protects many people with sickle cell disease from job discrimination. Knowing your rights is the first step to getting the treatment you deserve. The Americans with Disabilities Act the Americans with Disabilities Act is a civil rights law.

It protects the rights of disabled people in several ways. Congress intended the act to break down the barriers that keep disabled people from taking full part in society. The Americans with Disabilities Act bans discrimination against disabled people much as other laws outlaw discrimination based on age, sex, race, or religion.

**Title I of the law, which deals with job discrimination, is the part of the act that affects people with sickle cell disease most.** *Illegal Acts*

The act bans discrimination against qualified people with disabilities in all aspects of employment. These include application procedures, hiring, firing, promotions, pay, and training. Employers also must not discriminate in recruiting, advertising, tenure, or layoff. The act also protects disabled people from unfair treatment in leave and fringe benefits. And sprint was aware I have both these condition. Wherein I would like to receive the following from the defendant "I would like to be reinstated as an employee in the escalation dept which they refuse to allow me to transfer due to points. I also want an additional 5 dollars an hr considering this could have been going on my 3 rd yr and under no circumstances can they fire me plus I want my fmla. Also reinstating my sister she was with them 5 yrs all of sudden they fired her after they found out she was my sister. I also want to receive my back pay plus everything I lost and my medical bills and court fees totaling 87000.000. If they don't agree to my terms and we have to go to trial I want 5 million for all my pain and suffering and all the lies they listed to eeoc and my attorney. I want them to change their policy and accommodate people with disabilities I have friends who discriminated on paternity leave. They need to re train people on their rights. I would like a hearing for 10-05-12 and I have mailed sprint a copy of this letter on 071412

*[signature]* MKoma

407 272 2098

APR-26-2012 05:27 PM    BIG DISCOUNT                    3867601837                         P.01

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Annie D. Mkoma | From: | San Juan Local Office |
|---|---|---|---|
| | 405 Banana K Drive | | 525 F D Roosevelt Ave |
| | Apartment H | | 1202 Plaza Las Americas |
| | Daytona Beach, FL 32119 | | San Juan, PR 00918 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2011-05050 | Carlos Gonzalez, Investigator | (787) 771-1436 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_____                 APR 20 2012
MALCOLM S. MEDLEY,                         (Date Mailed)
District Director

Enclosures(s)

cc: Sandy Price
SR. VP of Human Resources
SPRINT
Mail Stop: KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park, KS 66251



**ALFRED ROUSH, ESQ.**
*MANAGING MEMBER*
Licensed in Florida
alfred.roush@roushlawgroup.com
813.574.4272 ext. 105

June 15, 2012

Annie Mkoma
405 Banana Kay Dr., Apt. H
South Daytona, FL 32119

RE:   Employment Case against Sprint Nextel

Dear Ms. Mkoma:

Thank you for choosing our firm to represent you in your pre-litigation employment matter. We have documented and aggressively argued your claims to Sprint Nextel. Sprint does not wish to settle at this stage.

Based on your retainer agreement with our firm, we have fulfilled all of our obligations to you without incurring additional legal costs or fees. We have exhausted all of the pre-suit remedies and Sprint is still unwilling to settle in this pre-lawsuit stage.

We must inform you that your right to sue terminates upon 90 days from your receipt of the Right to Sue letter, which was on or about April 20th. Therefore, your right to sue terminates on or about July 19, 2012. If you would like to pursue this matter further, we can refer you to:

Wenzel Fenton Cabassa, P.A.
ATTN: Matthew Fenton, Esq.
1110 N. Florida Ave., Ste. 300
Tampa, FL 33602
Phone: 813.440.4593
Fax: 813.229.8712

As of today, we are closing your file and your case status is "closed." This concludes our representation of you under the retainer agreement you signed on February 29, 2012.

Best regards,

Alfred M. Roush, Esq.